No. 81–1534.  NIEVES *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 81–1588.  ILLINOIS EX REL. MYERS *v.* MEWS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 81–1677.  MANSION HOUSE CENTER SOUTH RE-DEVELOPMENT CO. ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 81–1708.  NEW ENGLAND POWER CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 81–1732.  WEIL *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 81–1757.  JOSEPH ET AL. *v.* HELMS, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 81–1777.  MENGARELLI *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–1815.  HALEY ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–1817.  LOCAL DIVISION 589, AMALGAMATED TRANSIT UNION, AFL–CIO, CLC, ET AL. *v.* MASSACHU-SETTS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 81–1844.  GORDONSVILLE INDUSTRIES, INC. *v.* NA-TIONAL LABOR RELATIONS BOARD ET AL.  C. A. D. C. Cir. Certiorari denied.